IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIKE SHALES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 13 C 3868 |
| | ) | |
| JIM GEORGE & SONS, LLC, | ) | JUDGE ELAINE E. BUCKLO |
| an Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, JIM GEORGE & SONS, LLC, an Illinois limited liability company, in the total amount of $15,304.66, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,738.25.

On May 29, 2013, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to member Clint George) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 19, 2013. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Catherine M. Chapman

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 3rd day of July 2013:

> Mr. Rich George, Registered Agent
> Jim George & Sons, LLC
> 19917 Airport Road
> Maple Park, IL   60151
>
> Mr. Wes George
> Jim George & Sons, LLC
> PO Box 247
> Sycamore, IL   60178

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\George, Jim & Sons\motion.cmc.df.wpd