IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIKE SHALES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. 13 C 3868 |
| | ) | |
| JIM GEORGE & SONS, LLC, | ) | JUDGE ELAINE E. BUCKLO |
| an Illinois limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO REOPEN CASE FOR
THE LIMITED PURPOSE OF ENFORCING THE
TERMS OF THE CONSENT DECREE AND
ENTERING JUDGMENT AGAINST DEFENDANT**

NOW COME Plaintiffs, MIKE SHALES, *et al.*, by their attorneys, and move the Court for the entry of an order reopening this action for the limited purpose of enforcing the terms of the Consent Decree entered into between the parties and entered by this Court on July 18, 2013. In support of the Motion, Plaintiffs state as follows:

1. This action was originally brought by the Plaintiffs, the Trustees of the jointly-administered, labor-management employee benefit plans collectively known as the Fox Valley & Vicinity Laborers Fringe Benefit Funds, alleging, *inter alia*, that Defendant breached its obligations under the terms of the collective bargaining agreement entered into with the Construction and General Laborers' District Council of Chicago and Vicinity, and the Agreements and Declarations of Trust under which the Plaintiff Funds are maintained. Specifically, Plaintiffs allege that Defendant failed to remit payment of contributions for work performed on its behalf by beneficiaries

of the Plaintiff Funds. The Complaint was brought pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145.

2. On July 18, 2013, this Court entered the Consent Decree and retained jurisdiction to enforce the terms of the Consent Decree (a copy of the Minute Entry and Consent Decree are attached as Exhibit A).

3. Defendant agreed that it owed the total amount of $12,213.82 for contributions and liquidated damages, as described in Paragraph 2 of the Consent Decree.

4. Defendant agreed to pay $12,213.82, with 5.25% interest in the amount of $641.23. Defendant also agreed to pay $1,441.72 for audit costs and $703.23, which represents a portion of attorneys' fees and costs, for a grand total of $15,000.00, as described in Paragraph 3 of the Consent Decree, by way of the following payment schedule:

| Payment Due Date | Amount Due | Current Contributions and Report Due |
|---|---|---|
| August 15, 2013 | $625.00 | July 2013 |
| September 15, 2013 | $625.00 | August 2013 |
| October 15, 2013 | $625.00 | September 2013 |
| November 15, 2013 | $625.00 | October 2013 |
| December 15, 2013 | $625.00 | November 2013 |
| January 15, 2014 | $625.00 | December 2013 |
| February 15, 2014 | $625.00 | January 2014 |
| March 15, 2014 | $625.00 | February 2014 |
| April 15, 2014 | $625.00 | March 2014 |
| May 15, 2014 | $625.00 | April 2014 |
| June 15, 2014 | $625.00 | May 2014 |
| July 15, 2014 | $625.00 | June 2014 |

| Payment Due Date | Amount Due | Current Contributions and Report Due |
|---|---|---|
| August 15, 2014 | $625.00 | July 2014 |
| September 15, 2014 | $625.00 | August 2014 |
| October 15, 2014 | $625.00 | September 2014 |
| November 15, 2014 | $625.00 | October 2014 |
| December 15, 2014 | $625.00 | November 2014 |
| January 15, 2015 | $625.00 | December 2014 |
| February 15, 2015 | $625.00 | January 2015 |
| March 15, 2015 | $625.00 | February 2015 |
| April 15, 2015 | $625.00 | March 2015 |
| May 15, 2015 | $625.00 | April 2015 |
| June 2015 | $625.00 | May 2015 |
| July 15, 2015 | $625.00 | June 2015 |

5.    Defendant agreed to remain current with respect to the submission of monthly contribution reports and the payment of fringe benefit obligations that accrue for the period August 2013 through July 2015, along with the payments set forth in Paragraph 4 above.

6.    In the event Defendant failed to make any payments described in the Consent Decree, Defendant will be considered in violation of the Consent Decree. In such an event, Defendant consented to the entry of judgment against it and in favor of Plaintiffs for all unpaid installments under the Consent Decree, all contributions and liquidated damages that may become due during the time frame of the payment schedule as described in Paragraph 4 of the Consent Decree, and all of the attorneys' fees and costs incurred to date.

7. Although under no obligation to do so, on August 26, 2013, Plaintiffs' counsel sent an e-mail to Defendant's counsel regarding the failure of the Defendant to abide by the terms of the Consent Decree (a copy of the August 26, 2013 e-mail from Plaintiffs' counsel to Defendant's counsel is attached hereto as Exhibit B).

8. Defendant has not submitted any payments due pursuant to the terms of the Consent Decree, said payments being due on August 15, 2013 and September 15, 2013, as described in Paragraph 4 of the Consent Decree.

9. For all the reasons stated, the Plaintiffs hereby move the Court for the entry of an Order reopening this action for the limited purpose of enforcing the terms of the Consent Decree and entering judgment against the Defendant. Specifically, Plaintiffs request:

A. That judgment be entered in favor of Plaintiffs and against Defendant to include the amount of $15,000.00, being the total amount remaining due for contributions, liquidated damages, interest, audit costs and a portion of attorneys' fees and costs due as set forth in the Consent Decree.

B. That judgment be entered in favor of Plaintiffs and against Defendant to include $2,356.52 in attorneys' fees incurred by the Plaintiffs in the instant litigation.

C. That Plaintiffs have such further relief as may be deemed just and equitable by the Court.

/s/   Catherine M. Chapman

**CERTIFICATE OF SERVICE**

        The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 19th day of September 2013, she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

        Mr. Todd A. Miller
        Ms. Kathleen M. Cahill
        Allocco, Miller & Cahill, P.C.
        3409 N. Paulina St.
        Chicago, IL 60657
        tam@alloccomiller.com
        kmc@alloccomiller.com

        /s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\FVLJ\George, Jim & Sons\motion-reopen.cmc.df.wpd